| **Fill in this information to identify your case:** | |
|---|---|
| United States Bankruptcy Court for the: <br> MIDDLE DISTRICT OF TENNESSEE | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ☐ Chapter 7 <br> ■ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13      ☐ Check if this is an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **1.** | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Michael** <br> First name <br><br> **Steadman** <br> Middle name <br><br> **Matthews** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Mike Matthews** | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-6471** | |

Debtor 1 **Michael Steadman Matthews**  Case number *(if known)*

|   | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **4.** | **Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| **5.** | **Where you live** | **1411 B Boscobel St**<br>**Nashville, TN 37206**<br>Number, Street, City, State & ZIP Code<br><br>**Davidson**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>**PO Box 68526**<br>**Nashville, TN 37206**<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  **Michael Steadman Matthews**  Case number *(if known)* _____

**Part 2: Tell the Court About Your Bankruptcy Case**

| 7. | The chapter of the Bankruptcy Code you are choosing to file under | *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.<br><br>☐ Chapter 7<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 |
|---|---|---|

| 8. | How you will pay the fee | ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.<br><br>☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).<br><br>☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition. |
|---|---|---|

| 9. | Have you filed for bankruptcy within the last 8 years? | ■ No.<br>☐ Yes. |
|---|---|---|

| | | District _____ When _____ Case number _____ |
| | | District _____ When _____ Case number _____ |
| | | District _____ When _____ Case number _____ |

| 10. | Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate? | ☐ No<br>■ Yes. |
|---|---|---|

| | | Debtor | **Bordeaux Ventures, LLC** | Relationship to you | **Common Ownership 2nd Degree** |
|---|---|---|---|---|---|
| | | District | **Middle Tennessee** When **6/30/25** | Case number, if known | **3:25-bk-02702** |
| | | Debtor | **See Attachment** | Relationship to you | |
| | | District | _____ When _____ | Case number, if known | |

| 11. | Do you rent your residence? | ■ No. Go to line 12.<br>☐ Yes. Has your landlord obtained an eviction judgment against you?<br>  ☐ No. Go to line 12.<br>  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition. |
|---|---|---|

Debtor 1   **Michael Steadman Matthews**     Case number *(if known)* _____

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.   Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

■ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.
What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
Number, Street, City, State & Zip Code

| Debtor 1 | **Michael Steadman Matthews** | Case number *(if known)* | |
|---|---|---|---|

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.** I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.** I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1 **Michael Steadman Matthews**   Case number *(if known)*

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☒ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☒ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
- ☐ No
- ☐ Yes

**18. How many Creditors do you estimate that you owe?**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

- ☒ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☒ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Michael Steadman Matthews** _____
**Michael Steadman Matthews**  Signature of Debtor 2
Signature of Debtor 1

Executed on **July 16, 2025**   Executed on _____
MM / DD / YYYY   MM / DD / YYYY

| | |
|---|---|
| Debtor 1 **Michael Steadman Matthews** | Case number *(if known)* |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | | |
|---|---|---|
| **/s/ Toni Campbell Parker** | Date | **July 16, 2025** |
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Toni Campbell Parker**
Printed name

**Law Firm of Toni Campbell Parker**
Firm name

**45 N. B.B. King Blvd Ste.201**
**Memphis, TN 38103**
Number, Street, City, State & ZIP Code

| | | | |
|---|---|---|---|
| Contact phone | **901-483-1020** | Email address | **tparker002@att.net** |

**006984 TN**
Bar number & State

| Debtor 1 | **Michael Steadman Matthews** | | Case number *(if known)* | |

**Fill in this information to identify your case:**

| Debtor 1 | **Michael Steadman Matthews** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number
(if known)

☐ Check if this is an amended filing

# FORM 101. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Bordeaux Ventures, LLC** | | | Relationship to you | **Common Ownership 2nd Degree** |
|---|---|---|---|---|---|
| District | **Middle Tennessee** | When | **6/30/25** | Case number, if known | **3:25-bk-02702** |
| Debtor | **Miklar, LLC** | | | Relationship to you | **Common Ownership** |
| District | **Middle Tennessee** | When | **5/28/25** | Case number, if known | **3:25-bk-01934** |
| Debtor | **Rock Home, LLC** | | | Relationship to you | **Common ownership** |
| District | **Middle Tennessee** | When | **5/07/25** | Case number, if known | **3:25-bk-02225** |

| **Fill in this information to identify your case:** | |
|---|---|
| Debtor 1 | **Michael Steadman Matthews** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders  12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
**84 Lumber**
**PO Box 365**
**Eighty Four, PA 15330**

What is the nature of the claim?  $27,872.92

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:  -
  Unsecured claim

Contact
Contact phone

**2**
**Builders First Source Southeast Group LL**
**6031 Connection Drive**
**Irving, TX 75039**

What is the nature of the claim?  $43,272.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)  $43,272.00
  Value of security:  - $0.00

Contact

B104 (Official Form 104)  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  Page 1

Contact phone                           Unsecured claim           **$43,272.00**

---

**3**

**Fifth Third Bank**
**PO Box 740789**
**Cincinnati, OH 45274**

**What is the nature of the claim?**                        **$92,677.37**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:            -
  Unsecured claim

Contact

Contact phone

---

**4**

**First Bank**
**722 Columbia Ave**
**Franklin, TN 37064**

**What is the nature of the claim?**                        **$100,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   **$100,000.00**
  Value of security:            -  **$0.00**
  Unsecured claim                  **$100,000.00**

Contact

Contact phone

---

**5**

**First Bank**
**722 Columbia Ave**
**Franklin, TN 37064**

**What is the nature of the claim?**                        **$1,470,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   **$1,470,000.00**
  Value of security:            -  **$0.00**
  Unsecured claim                  **$1,470,000.00**

Contact

Contact phone

---

**6**

**First Citizens Bank**
**155 Commerce Way**
**Portsmouth, NH 03801**

**What is the nature of the claim?**                        **$60,940.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    **Page 2**

Case 3:25-bk-02934   Doc 1   Filed 07/16/25   Entered 07/16/25 22:42:07   Desc Main
Document      Page 10 of 19

Debtor 1  **Michael Steadman Matthews**          Case number *(if known)*

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

---

**7**

**First Financial Bank**
**c/oBart Duesdieker**
**1205 South Neil St**
**Champaign, IL 61820**

**What is the nature of the claim?**                     $278,279.01

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)  $278,279.01
    Value of security: -  $0.00
    Unsecured claim      $278,279.01

Contact

Contact phone

---

**8**

**Heritage Bank & Trust**
**217 S. James Campbell Blvd.**
**Columbia, TN 38401**

**What is the nature of the claim?**                     $975,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)  $975,000.00
    Value of security: -  $0.00
    Unsecured claim      $975,000.00

Contact

Contact phone

---

**9**

**Heritage Bank & Trust**
**217 S. James Campbell Blvd.**
**Columbia, TN 38401**

**What is the nature of the claim?**                     $528,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)  $528,000.00
    Value of security: -  $0.00
    Unsecured claim      $528,000.00

Contact

Contact phone

---

**10**

**What is the nature of the claim?**                     $23,476.52

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    Page 3

Case 3:25-bk-02934    Doc 1    Filed 07/16/25    Entered 07/16/25 22:42:07    Desc Main
Document    Page 11 of 19

Debtor 1   **Michael Steadman Matthews**          Case number *(if known)*

**Jeffco Flooring & Supply Inc**
**831 Fesslers Pkwy**
**Nashville, TN 37210**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

**11**

**Lansing Building Products**
**2811 Brick Church Pike**
**Nashville, TN 37207**

**What is the nature of the claim?**                      $26,233.25

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

**12**

**Michael Dycus**
**Dycus Electric c/o Mike Cycus**
**427 Enose Reed Dr**
**Nashville, TN 37210**

**What is the nature of the claim?**                      $30,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

**13**

**Regions Bank**
**Po Box 11407**
**Birmingham, AL 35282**

**What is the nature of the claim?**                      $50,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

B 104 (Official Form 104)          **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**          **Page 4**

Case 3:25-bk-02934   Doc 1   Filed 07/16/25   Entered 07/16/25 22:42:07   Desc Main
Document   Page 12 of 19

Debtor 1 **Michael Steadman Matthews** Case number *(if known)*

Contact phone
Value of security: -
Unsecured claim

---

**14**

**SDRA Holdings, LLC**
**c/o Rosemary Calcese 1811**
**Memorial Circ**
**Chattanooga, TN 37403**

**What is the nature of the claim?** $154,941.32

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured) $154,941.32
  Value of security: - $0.00
  Unsecured claim $154,941.32

Contact

Contact phone

---

**15**

**Southwest Chase Bank Credit Card**
**PO Box 15123**
**Wilmington, DE 19850**

**What is the nature of the claim?** $71,000.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact

Contact phone

---

**16**

**US Small Business Administration**
**2 International Plaza**
**Nashville, TN 37217**

**What is the nature of the claim?** $99,162.86

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact

Contact phone

---

**17**

**US Small Business Administration**
**2 International Plaza**
**Nashville, TN 37217**

**What is the nature of the claim?** $47,000.00

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

B 104 (Official Form 104)  **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**  **Page 5**

Case 3:25-bk-02934 Doc 1 Filed 07/16/25 Entered 07/16/25 22:42:07 Desc Main Document Page 13 of 19

Debtor 1 **Michael Steadman Matthews**  Case number *(if known)*

- None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact
Contact phone

---

**18**

**US Small Business Administration**
**2 International Plaza**
**Nashville, TN 37217**

**What is the nature of the claim?**  $35,200.00

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact
Contact phone

---

**19**

**Valley Interior Products**
**250 Hermitage Ave**
**Nashville, TN 37217**

**What is the nature of the claim?**  $28,454.63

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact
Contact phone

---

**20**

**Winhall 9, LLC**
**10 Burton Hills Blvd, Suite 400,**
**Nashville, TN 37215**

**What is the nature of the claim?**  $10,407,742.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)  $10,407,742.00
  - Value of security: - $0.00
  - Unsecured claim  $10,407,742.00

Contact
Contact phone

---

**Part 2:** **Sign Below**

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    **Page 6**

Case 3:25-bk-02934    Doc 1    Filed 07/16/25    Entered 07/16/25 22:42:07    Desc Main
Document    Page 14 of 19

Debtor 1   **Michael Steadman Matthews**                    Case number *(if known)*

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   **/s/ Michael Steadman Matthews**              X  _____
   **Michael Steadman Matthews**                    Signature of Debtor 2
   Signature of Debtor 1

Date   **July 16, 2025**                                    Date

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 7

Case 3:25-bk-02934   Doc 1   Filed 07/16/25   Entered 07/16/25 22:42:07   Desc Main
Document   Page 15 of 19

```
MICHAEL STEADMAN MATTHEWS
PO BOX 68526
NASHVILLE TN 37206

TONI CAMPBELL PARKER
LAW FIRM OF TONI CAMPBELL PARKER
45 N. B.B. KING BLVD STE.201
MEMPHIS, TN 38103

183 LEOPARD LLC
DOSS LAW FIRM C/ODAVID WESTBROOK DOSS JR
 121 N SCHOOL AVE STE 10
FAYETTEVILLE AR 72701

84 LUMBER
PO BOX 365
EIGHTY FOUR PA 15330

BUILDERS FIRST SOURCE SOUTHEAST GROUP LL
6031 CONNECTION DRIVE
IRVING TX 75039

CFNA/ FIRESTONE COMPLETE AUTO CARE
PO BOX 81410
CLEVELAND OH 44181

CLERK & MASTER
ONE PUBLIC SQUARE SUITE 308
NASHVILLE TN 37201

CLERK & MASTER
ONE PUBLIC SQUARE SUITE 308
NASHVILLE TN 37201

DAL-TILE DISTRIBUTION, INC.
7834 C F HAWN HWY
DALLAS TX 75217

FIFTH THIRD BANK
PO BOX 740789
CINCINNATI OH 45274

FIFTH THIRD BANK
PO BOX 740789
CINCINNATI OH 45274

FIRST BANK
722 COLUMBIA AVE
FRANKLIN TN 37064

FIRST BANK
722 COLUMBIA AVE
FRANKLIN TN 37064
```

```
FIRST CITIZENS BANK
155 COMMERCE WAY
PORTSMOUTH NH 03801

FIRST CITIZENS BANK
155 COMMERCE WAY
PORTSMOUTH NH 03801

FIRST FINANCIAL BANK
C/OBART DUESDIEKER
1205 SOUTH NEIL ST
CHAMPAIGN IL 61820

HERITAGE BANK & TRUST
217 S. JAMES CAMPBELL BLVD.
COLUMBIA TN 38401

HERITAGE BANK & TRUST
217 S. JAMES CAMPBELL BLVD.
COLUMBIA TN 38401

HOLLAND & KNIGHT
PO BOX 936937
ATLANTA GA 31193

HUNTER DALE
516 HEATHER PLACE
NASHVILLE TN 37204

JEFFCO FLOORING & SUPPLY INC
831 FESSLERS PKWY
NASHVILLE TN 37210

LANSING BUILDING PRODUCTS
2811 BRICK CHURCH PIKE
NASHVILLE TN 37207

MATTHEW MUSHON
SURBER, SURBER, ASHER, MOUSHON, PLLC
220 ATHENS WAY SUITE 310
NASHVILLE TN 37228

MICHAEL DYCUS
DYCUS ELECTRIC C/O MIKE CYCUS
427 ENOSE REED DR
NASHVILLE TN 37210

REGIONS BANK
PO BOX 11407
BIRMINGHAM AL 35282

RENO & CAVANUGH PLLC
455 MASSACHUESETTS AVE NW S400
WASHINGTON DC 20001
```

ROGER JONES, ESQ
1221 BROADWAY SUITE 2400
NASHVILLE TN 37203

SDRA HOLDINGS, LLC
C/O ROSEMARY CALCESE 1811 MEMORIAL CIRC
CHATTANOOGA TN 37403

SOUTHEAST CREDIT UNION
444 JAMES ROBERTSON PKWY #100
WINTER SPRINGS FL 32719

SOUTHEAST CREDIT UNION
444 JAMES ROBERTSON PKWY #100
WINTER SPRINGS FL 32719

SOUTHWEST CHASE BANK CREDIT CARD
PO BOX 15123
WILMINGTON DE 19850

STEPHANIE TRUESDALE
2911 MURRAY CIRCLE
NASHVILLE TN 37216

US BANK CREDIT CARD
PO BOX 790408
SAINT LOUIS MO 63197

US SMALL BUSINESS ADMINISTRATION
2 INTERNATIONAL PLAZA
NASHVILLE TN 37217

US SMALL BUSINESS ADMINISTRATION
901 FITZROY PLACE APT 406 ROGERS, AR 727
ROGERS AR 72758

US SMALL BUSINESS ADMINISTRATION
2 INTERNATIONAL PLAZA
NASHVILLE TN 37217

US SMALL BUSINESS ADMINISTRATION
2 INTERNATIONAL PLAZA
NASHVILLE TN 37217

US SMALL BUSINESS ADMINISTRATION
2 INTERNATIONAL PLAZA
NASHVILLE TN 37217

US SMALL BUSINESS ADMINISTRATION
2 INTERNATIONAL PLAZA
NASHVILLE TN 37217

US SMALL BUSINESS ADMINISTRATION
2 INTERNATIONAL PLAZA
NASHVILLE TN 37217

```
VALLEY INTERIOR PRODUCTS
250 HERMITAGE AVE
NASHVILLE TN 37217

WEBBER HOLDINGS, LLC
LIMESTONE TITLE C/O DAVID WEBBER
580 FRANKLING RD #203
FRANKLIN TN 37069

WINHALL 9, LLC
10 BURTON HILLS BLVD, SUITE 400,
NASHVILLE TN 37215
```